UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MELANIE DAVIS,

Plaintiff,

v.

POLLY'S INC. et al.,

Defendants.

Case No. 8:26-cv-02270-SB-KES

ORDER TO SHOW CAUSE

Plaintiff filed her complaint on August 17, 2026. On August 26, 2026, Plaintiff served Defendants. *See* Dkt. Nos. 13, 14. Defendants failed to timely respond, and Plaintiff has not sought entry of default against either Defendant. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than October 5, 2026, why her claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 5, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: September 25, 2026

Stanley Blumenfeld, Jr.
United States District Judge